IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONTRELL PITTMAN, | ) |
| Movant, | ) |
| v. | ) No. 3:14-cv-01064 |
| UNITED STATES OF AMERICA, | ) Judge Sharp |
| Respondent. | ) |

## ORDER

Movant Dontrell Pittman, a federal prisoner presently housed at USP McCreary in Pine Knot, Kentucky, has filed a *pro se* motion under 28 U.S.C. § 2255 (ECF No. 1), and amended motion (ECF No. 6) challenging a sentence imposed by this Court (Wiseman, J., Retired) in September 2012. For the reasons explained in the accompanying Memorandum Opinion, the Court finds that the movant is not entitled to relief. Accordingly, Dontrell Pittman's § 2255 motion, as amended, is hereby **DENIED**, and this matter is **DISMISSED**.

As also discussed in the Court's Memorandum, the Court finds that none of the issues raised in the § 2255 motion are "adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). The Court therefore **DENIES** a certificate of appealability ("COA"). The movant may, however, seek a COA directly from the Sixth Circuit Court of Appeals. Fed. R. App. P. 22(b)(1).

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE